John Henry WILLIAMS, ADC # 93081, Appellant,

v.

Max MOBLEY, Chief Deputy, Arkansas Department of Correction; Greg Harmon, Warden, East Arkansas Regional Unit, ADC; Dottie Yarbrough, CMS Infirmary Manager, East Arkansas Regional Unit, ADC; Shirley Crawford, R.N., East Arkansas Regional Unit, ADC; Flora Jones, R.N., East Arkansas Regional Unit, ADC; Lisa Montgomery, R.N., East Arkansas Regional Unit, ADC; Joseph Spears, R.N., East Arkansas Regional Unit, ADC; Shelat Farmer, Dr., East Arkansas Regional Unit, ADC; Polly James, A.R.O., East Arkansas Regional Unit, ADC; Charles E. Jackson, Sgt., East Arkansas Regional Unit, ADC; Didi Lockhart, CMS Grievance Manager, East Arkansas Regional Unit, ADC; Jimmy Banks, Assistant Warden, East Arkansas Regional Unit, ADC, originally sued as Terry Banks; Zina Ousley, CMS Infirmary Manager, East Arkansas Regional Unit, ADC, originally sued as Zina Ousely; Linda Driver, CMS Medical Records, East Arkansas Regional Unit, ADC, originally sued as Carolyn Driver, Appellees.

No. 07–1640.

United States Court of Appeals, Eighth Circuit.

Submitted: April 24, 2008.

Filed: April 28, 2008.

Warden–AR, AR Department of Corrections, Tucker, AR, for Appellant.

John Henry Williams, ADC # 93081, Tucker, AR, pro se.

Brittany L. McCollum, Joshua Derek Standerfer, Attorney General's Office, Little Rock, AR, Michelle Banks Odum, Humphries & Lewis, White Hall, AR, for Appellees.

Before BYE, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Arkansas inmate John Henry Williams appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. We agree with the district court that summary judgment was warranted, see Roe v. Crawford, 514 F.3d 789, 793 (8th Cir.2008) (standard of review); and that Williams provided no basis under Federal Rules of Civil Procedure 59(e) or

1. The Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

60(b) for reconsidering the grant of summary judgment, see *Christensen v. Qwest Pension Plan*, 462 F.3d 913, 919–20 (8th Cir.2006) (Fed.R.Civ.P. 59(e) standard of review); *Arnold v. Wood*, 238 F.3d 992, 998 (8th Cir.2001) (Fed.R.Civ.P. 60(b) standard of review). We decline to consider Williams's new evidence and allegations. *See Minn. Supply Co. v. Raymond Corp.*, 472 F.3d 524, 532 (8th Cir.2006) (this court considers only evidence before district court when summary judgment ruling was made); *Stone v. Harry*, 364 F.3d 912, 914–15 (8th Cir.2004) (declining to address pro se arguments first raised on appeal). Accordingly, we affirm, see 8th Cir. R. 47B, and we deny Williams's pending motions.